■ Afshin Fakiri, Appellant, v Aristea Haralampoudis, Respondent. [610 NYS2d 820] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Lonschein, J.), dated March 26, 1992, which, after a hearing, granted the defendant's motion to dismiss the complaint based on lack of personal jurisdiction.

Ordered that the order is affirmed, with costs.

The plaintiff failed to establish that the premises where the process server attempted substituted service was the defendant's "actual place of business" within the meaning of CPLR 308 (4). Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.

■ Sol Finkelstein, Appellant, v Richard Zirinsky, Respondent. [610 NYS2d 820] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Huttner, J.), entered April 9, 1992, which granted the defendant's motion for summary judgment.

Ordered that the order is affirmed, with costs.

The plaintiff's complaint was properly dismissed as barred by the Workers' Compensation Law (see, Heritage v Van Patten, 59 NY2d 1017; Johnson v Eaton Corp., 178 AD2d 101; Caceras v Zorbas, 148 AD2d 339, affd 74 NY2d 884). Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.